IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV178

| | |
|---|---|
| ROBERT FARMER; GBG, INC., a North Carolina corporation; SISBRO PROPERTIES, LLC, a North Carolina Limited Liability Company; ROBERT TARBUCK; SHARYN TARBUCK; TD SERVICES, INC., a North Carolina corporation; REBECCA SERCY OLBYRCH; THOMAS OLBYRCH; DEL/SER, INC., a North Carolina corporation, d/b/a A+ DELIVERY SERVICES; BKB, INC., a North Carolina corporation, d/b/a WHEELS RECREATION AND FAMILY FUN CENTER; PATRICIA STEVENS-WEST; and DTS COURIER, INC., a North Carolina corporation, <br><br> Plaintiffs, <br><br> VS. <br><br> DIAMOND TRANSPORTATION GROUP, INC., <br><br> Defendant. | O R D E R |

**THIS MATTER** is before the Court on the Defendant's motion for temporary restraining order, filed May 15, 2009. Defendant's motion contains a certificate of service showing service on Plaintiffs' counsel.

Before ruling on the merits of Defendant's motion, the Court finds the Plaintiffs should be afforded an opportunity to respond. Should they wish to do so, any response must be filed on or before **1:00 PM, ON MONDAY, MAY 18, 2009.**

**IT IS SO ORDERED.**

Signed: May 15, 2009

Lacy H. Thornburg
United States District Judge