IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV178

| | | |
|---|---|---|
| ROBERT FARMER; GBG, INC., a North Carolina corporation; SISBRO PROPERTIES, LLC, a North Carolina Limited Liability Company; ROBERT TARBUCK; SHARYN TARBUCK; TD SERVICES, INC., a North Carolina corporation; REBECCA SERCY OLBYRCH; THOMAS OLBYRCH; DEL/SER, INC., a North Carolina corporation, d/b/a A+ DELIVERY SERVICES; BKB, INC., a North Carolina corporation, d/b/a WHEELS RECREATION AND FAMILY FUN CENTER; PATRICIA STEVENS-WEST; and DTS COURIER, INC., a North Carolina corporation, Plaintiffs, VS. DIAMOND TRANSPORTATION GROUP, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | O R D E R |

**THIS MATTER** is before the Court on receipt of the Plaintiffs' response to the Defendant's motion for temporary restraining order, filed May 18, 2009.

As with the Plaintiffs, the Court will afford the Defendant an opportunity to reply to the Plaintiff's response before ruling on the merits of the Defendant's motion. Should Defendant wish to file such reply, it must do so on or before **4:00 PM, TUESDAY, MAY 19, 2009.** Should Defendant not wish to file a reply, it should promptly notify the Court. *See* **LCvR 7.1(E).**

**IT IS SO ORDERED.**

Signed: May 18, 2009

Lacy H. Thornburg
United States District Judge