**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cv 178**

| | |
|---|---|
| **ROBERT FARMER, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DIAMOND TRANSPORTATION** ) | |
| **GROUP, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon the court's own motion. This Order to provide the parties with notice that this matter has been scheduled as the first case for trial to begin at the June 7, 2010 term of court at 10:00 a.m. in courtroom room #1 in the United States Courthouse in Asheville, NC. A pretrial conference will be held on Tuesday, May 25, 2010 in courtroom #2 of the United States Courthouse in Asheville, NC at 2:00 o'clock p.m.

The Pretrial Order and Case Management Plan (#29) filed in this matter provided that mediation was to occur in this matter on or before March 15, 2010. The file does not reflect there has been a report filed by the mediator indicating whether or not this matter was settled or the mediation resulted in an impasse. The parties and

mediator are to provide by May 3, 2010 and file with the court a report of the mediation.

## ORDER

**IT IS, THEREFORE, ORDERED:**

1**)** That the trial of this matter is set to begin on **Monday, June 7, 2010** in courtroom #1 in the United States Courthouse in Asheville, NC at **10:00 o'clock a.m.**;

2) A pretrial conference will be held in this matter, as provided by the Pretrial Order and Case Management Plan on **Tuesday, May 25, 2010 at 2:00 o'clock p.m.** in courtroom #2 in the United States Courthouse in Asheville, NC; and

3) It is further ordered that the parties and mediator in this matter shall provide a report of the mediation and file with the court on or before **May 3, 2010**.

Signed: April 21, 2010

Dennis L. Howell
United States Magistrate Judge