IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ROBERT FARMER; GBG, INC., a North Carolina corporation; Sisbro Properties, LLC, a North Carolina Limited Liability Company, ROBERT TARBUCK, SHARYN TARBUCK; TD SERVICES, INC., a North Carolina corporation; PATRICIA STEVENS-WEST; and DTS COURIER, INC. a North Carolina corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DIAMOND TRANSPORTATION GROUP, INC., <br><br> Defendant. | Case No.: 1:09-cv-178 <br><br> **JUDGMENT** |

This matter having come before the Court upon the consent of the parties for entry of Judgment, with the consent of the parties and the Court being otherwise fully advised in these premises,

IT IS, THEREFORE, ORDERED AND ADJUDGED that:

1. Plaintiff Robert Farmer have and recover damages from Defendant for breach of contract in the amount of $25,000.00, together with interest from the May 12, 2009, until satisfied;

2. Plaintiff Robert Tarbuck have and recover damages for breach of contract in the amount of $6,667.00 from Defendant for breach of contract, together with interest from May 12, 2009, until satisfied;

3. Plaintiff Patricia Stevens-West have and recover damages for breach of

contract in the amount of $8,250.00 from Defendant for breach of contract, together with interest from May 12, 2009, until satisfied;

4. All other claims and causes of action asserted by the Plaintiffs are Dismissed with Prejudice;

5. The Counter-claims of the Defendant are Dismissed with Prejudice;

6. The parties shall bear their own costs in this matter

Signed: April 23, 2010

*Dennis L. Howell*
United States Magistrate Judge

Consented to this the 22nd day of April, 2010.

| | |
|---|---|
| s/ Mark C. Kurdys<br>N.C. State Bar No. 13374<br>*Attorney for Plaintiffs*<br>ROBERTS & STEVENS, PA<br>P.O. Box 7647<br>Asheville, NC 28802<br>Telephone: (828) 252-6600<br>Fax: (828) 253-7200<br>E-mail: *mkurdys@roberts-stevens.com* | s/ Michael R. Gordon<br>NC State Bar No. 26196<br>*Attorneys for Defendant*<br>SMITH, ANDERSON, BLOUNT DORSETT, MITCHELL AND JERNIGAN, L.L.P<br>2500 Wachovia Center<br>Raleigh, North Carolina 27602<br>Telephone: (919) 821-1220<br>Facsimile: (919) -6800<br>E-mail:*mgordon@smithlaw.com* |